**FILED**

UNITED STATES COURT OF APPEALS

JUN 30 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABINASH BARAL,<br><br>                Petitioner,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>                Respondent. | Nos. 20-70287<br>       21-70567<br><br>Agency No. A215-855-707<br><br>ORDER |

Respondent's unopposed motion to remand this matter to the Board of Immigration Appeals (Docket Entry No. 23) is granted.

Petitioner's removal is stayed pending a Board decision in this matter.

As stated in the unopposed motion, the parties shall bear their own fees and costs.

This order served on the agency shall act as the mandate of this court.

**REMANDED.**

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

SJS/Mediation